1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2
   LEXI NEGIN, D.C. Bar #446153
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorneys for Defendant
   JUAN LLAMAS
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,        )   No. MJ 06-135 -GGH
                                    )
12              Plaintiff,           )   ORDER MODIFYING BOND AMOUNT
                                    )
13      v.                           )
                                    )
14 JUAN LLAMAS                      )
                                    )   Judge: Hon. Gregory G. Hollows
15              Defendant.           )
                                    )
16 _____  )

17
        For the reasons set forth in the defendant's Motion to Modify Bond filed on May 22, 2006, IT IS
18
   HEREBY ORDERED that the bond amount be modified to $197,000.00, secured by property.
19
                                              /s/ Gregory G. Hollows
20 Dated: May 26, 2006                        GREGORY G. HOLLOWS
                                              _____
21                                            GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28                                           4