**FILED**
May 26, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG.06-0135-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JUAN LLAMS, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JUAN LLAMS__ , Case No. __MAG.06-0135-GGH__ , Charge __18USC § 371__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __   Release on Personal Recognizance

      ✔   Bail Posted in the Sum of $ __197,000.00__

            __   Unsecured Appearance Bond

            __   Appearance Bond with 10% Deposit

            __   Appearance Bond with Surety

            __   Corporate Surety Bail Bond

      ✔   (Other)      __Pretrial Conditions as stated on the record__

Issued at __Sacramento, CA__ on __May 26, 2006__ at __2:29 pm__ .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court